UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROCKY ASPEN MANAGEMENT 204 LLC,                    :

              Plaintiff,                    :        <u>ORDER</u>

  -v.-                                                :
                                 16 Civ. 4270 (VM) (GWG)
HANFORD HOLDINGS LLC,                              :

             Defendant.                    :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        The settlement conference scheduled for April 6, 2020 at 10:00 a.m. is hereby changed to a telephonic settlement conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

        The submissions required by Docket # 148 remain due on March 31, 2020.

      SO ORDERED.

Dated: March 17, 2020
       New York, New York

                               _____/s/_____
                                GABRIEL W. GORENSTEIN
                                United States Magistrate Judge