```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ROCKY ASPEN MANAGEMENT 204 LLC     :
                                   :
                Plaintiff,         :
                                   :        16 Civ. 4270(VM)
         -against-                 :            ORDER
                                   :
HANFORD HOLDINGS LLC,              :
                                   :
                Defendant.         :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a teleconference in the above-captioned action will be held on July 14, 2020 at 3:00 p.m. The teleconference shall take place using the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         02 July 2020

                                   _____
                                              Victor Marrero
                                                 U.S.D.J.