```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ROCKY ASPEN MANAGEMENT 204 LLC    :
                                  :
              Plaintiff,          :
                                  :        16 Civ. 4270(VM)
       -against-                  :           ORDER
                                  :
HANFORD HOLDINGS LLC,             :
                                  :
              Defendant.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the teleconference in the above-captioned action currently scheduled for July 14, 2020 is cancelled at this time.

**SO ORDERED:**

Dated:   New York, New York
         13 July 2020

_____
Victor Marrero
U.S.D.J.