UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
ROCKY ASPEN MANAGEMENT 204 LLC,         :

      Plaintiff,                          :  Civil Action No: 16-04270 (VM)

   -against-                                :

HANFORD HOLDINGS, LLC,                  :      **ORDER OF VOLUNTARY DISMISSAL**

      Defendant.
---------------------------------------- :
HANFORD HOLDINGS, LLC,                  :

      Counter and Third Party Plaintiff,  :

   -against-                                :

ROCKY ASPEN MANAGEMENT 204 LLC,         :

      Counter-Defendant.                  :

and                                     :

JEFFREY CITRON, STEPHEN GOGLIA, MARK HAMWI, WATERSHED VENTURES LLC, PATRICK MCGRATH, AD DB KITCHEN ASPEN INVESTORS LLC, CASTLEGRACE EQUITY INVESTORS LLC and ARISTONE HOSPITALITY LLC,  :

      Third-Party Defendants,
---------------------------------------- X

    THIS CAUSE having come before the Court on the joint request for voluntary dismissal under Fed. R. Civ. P. 41(a)(2) submitted by (i) Defendant/Counterclaimant/Third-Party Plaintiff Hanford Holdings, LLC's ("Hanford") and (ii) Plaintiff/Counterclaim Defendant Rocky Aspen Management 204 LLC ("RAM 204") and Third-Party Defendants Jeffrey Citron, Stephen Goglia, Mark Hamwi, and Watershed Ventures LLC (collectively, with RAM 204, the "Watershed Defendants"), all of whom have stipulated to the voluntary dismissal of their

-2-

respective claims against each other pursuant to settlement. The Court, having reviewed the request and any response submitted by Third-Party Defendants Patrick McGrath, AH DB Kitchen Aspen Investors LLC, Castlegrace Equity Investors LLC, and Aristone Hospitality LLC (collectively, the "Aristone Defendants"), and being fully advised,

HEREBY ORDERS:

1. The request is GRANTED.

2. All claims and causes of action asserted by Hanford against the Aristone Defendants in Hanford's Counterclaims and Third-Party Complaint are hereby dismissed *without prejudice*, with each party bearing its own fees and costs.

3. Hanford's Counterclaims and Third-Party Complaint are hereby dismissed in its entirety pursuant to the terms of this Order and the "So Ordered" stipulation between Hanford and the Watershed Defendants.

DONE and ORDERED this 15th day of July, 2020.

_____
Victor Marrero
U.S.D.J.