```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
ROCKY ASPEN MANAGEMENT 204 LLC,    :
                                   :
               Plaintiff,          :
                                   :     16 Civ. 4270 (VM)
      -against-                    :        ORDER
                                   :
HANFORD HOLDINGS LLC,              :
                                   :
               Defendant.          :
-----------------------------------X
HANFORD HOLDINGS LLC,              :
                                   :
               Counter and         :
               Third-Party         :
               Plaintiff,          :
                                   :
      -against-                    :
                                   :
ROCKY ASPEN MANAGEMENT 204 LLC,    :
                                   :
               Counter-Defendant,  :
and                                :
                                   :
JEFFREY CITRON et al.,             :
                                   :
               Third-Party         :
               Defendants.         :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of this Court's orders dated July 15, 2020, there are no longer any live claims pending in the above-referenced matter.

The Clerk of the Court is respectfully directed to close the case.

**SO ORDERED:**

Dated:    New York, New York
          30 September 2020

                                    _____
                                    Victor Marrero
                                    U.S.D.J.